UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

NO. 16-4759

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | **UNOPPOSED MOTION FOR** |
| | ) | **EXTENSION OF TIME** |
| v. | ) | |
| | ) | |
| WILLIE BARRETT, | ) | |
| | ) | |
| Appellant. | ) | |

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, Appellant Willie Barrett, by and through counsel, respectfully requests that this Court grant an extension of time in which to file the opening brief and appendix. In support of this Motion, Appellant states as follows:

1. Pursuant to this Court's briefing order filed on January 25, 2017, Appellant's opening brief is due on March 1, 2017.

2. Undersigned counsel needs additional time to confer with Appellant regarding proposed issues on appeal prior to filing an opening brief.

3. In accordance with Fourth Circuit Local Rule 27(a), undersigned counsel has informed the government of the intended filing of this motion. The government has no objection to the motion.

4. This request is not made for the purposes of delay, but to ensure a complete and accurate opening brief.

1

WHEREFORE, Appellant respectfully requests a 14-day extension for the filing of the opening brief and appendix, through and including March 15, 2017.

Respectfully submitted this 28th day of February, 2017.

    PARRY TYNDALL WHITE

    /s/ James C. White
    James C. White, N.C. Bar No. 31859
    Michelle M. Walker, N.C. Bar No. 41664
    100 Europa Drive, Suite 401
    Chapel Hill, NC 27517
    (919) 246-4676
    (919) 246-9113 fax
    jwhite@ptwfirm.com
    mwalker@ptwfirm.com

    *Attorneys for Appellant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing **Motion for Extension of Time** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer P. May-Parker at Jennifer.May-Parker@usdoj.gov.

I further certify that I served a copy of the foregoing **Motion for Extension of Time** on the following party by U.S. Mail, first-class postage prepaid, to the following non-CM/ECF participant, addressed as follows:

Willie Barrett, Reg No. 24099-056
FCI Butner Medium II
Federal Correctional Institution
PO Box 1500
Butner, NC 27509

Dated: February 28, 2017

                              PARRY TYNDALL WHITE

                              /s/ James C. White
                              James C. White, N.C. Bar No. 31859
                              Michelle M. Walker, N.C. Bar No. 41664
                              100 Europa Drive, Suite 401
                              Chapel Hill, NC 27517
                              (919) 246-4676
                              (919) 246-9113 fax
                              jwhite@ptwfirm.com
                              mwalker@ptwfirm.com

                              *Attorneys for Appellant*